IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


CINDY D. BARKES                                                    PLAINTIFF


        v.                          CIVIL NO. 13-3086


CAROLYN W. COLVIN, Commissioner
Social Security Administration                              DEFENDANT

## J U D G M E N T

 For reasons stated in a memorandum opinion of this date, the Court hereby reverses the decision of the Commissioner, and remands this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

 If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

 IT IS SO ORDERED AND ADJUDGED this 22nd day of October, 2014.


                                        /s/ Erin L. Setser
                                        _____
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE